UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mari Joyce Santos           Bankruptcy No. 12-18424-ref
         Debtor                       Chapter 13

## ORDER

AND NOW, this  5  day of  April , 2013, upon consideration of the Motion to Reconsider Dismissal of Chapter 13 Case and to Reinstate Chapter 13 Case,

IT IS HEREBY ORDERED that the Motion is GRANTED,

IT IS FURTHER ORDERED, that the Chapter 13 Case docketed to Case number 12-18424-ref is Reinistated.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge